**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHWESTERN ILLINOIS HEALTH FACILITIES, INC. dba ANDERSON HOSPITAL and PHYLICA LANG,<br><br>        Defendants. | Case No.: 3:21-cv-1156 |

**PLAINTIFF ALLIED WORLD SURPLUS LINES INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Allied World Surplus Lines Insurance Company voluntarily dismisses without prejudice the above-entitled action. Defendants have not yet answered the Complaint or filed a motion for summary judgment.

Dated: October 12, 2021

Respectfully submitted,

ALLIED WORLD SURPLUS LINES INSURANCE COMPANY

By:   /s/ Jonathan R. Walton
      David F. Cutter (dcutter@batescarey.com)
      Jonathan R. Walton (jwalton@batescarey.com)
      BatesCarey LLP
      191 North Wacker Drive, Suite 2400
      Chicago, Illinois 60606
      (312) 762-3100

2

## **CERTIFICATE OF SERVICE**

      The undersigned counsel, Jonathan R. Walton, hereby certifies that the foregoing document was served on all counsel of record via the Court's CM/ECF system on October 12, 2021.

/s/ Jonathan R. Walton  
Attorney for Plaintiff
